AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

Case 6:16-mj-00017-MJS   Document 4   Filed 03/03/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) Case No. 6:16MJ017MJS |
| DAKOTA LEYRITZ, | ) |

### ORDER SETTING CONDITIONS OF RELEASE
**(Misdemeanor)**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:   U.S. District Court, Yosemite June 7, 2016 at 10:00 AM
                                                        *Place*

(5) The defendant shall not have contact with victim, Katie Crawford either directly or indirectly.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2/29/16                                                                  _____
                                                                                              *Defendant's signature*

Date: February 29, 2016                                              /s/ Michael J. Seng
                                                                                      *Judicial Officer's Signature*

                                                                                      U.S. Magistrate Judge
                                                                                      *Printed name and title*