Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

JUN 05 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-017-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| DAKOTA JAMES LEYRITZ, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Dakota James LEYRITZ has failed to complete 30 hours of anger management courses and failed to pay $1000 fine as ordered by this Court.

As the legal officer, I am aware that LEYRITZ was charged with committing simple assault, in violation of Title 36 Code of Federal Regulations § 113(a)(5);

1

1 engaging in fighting or threatening, or in violent behavior, in violation of Title 36 Code of
2 Federal Regulations § 2.34(a)(1); and possessing a controlled substance (marijuana), in
3 violation of Title 36 Code of Federal Regulations § 2.35(b)(2).

4 On July 07, 2016, LEYRITZ plead guilty to the charge of engaging in fighting or
5 threatening, or in violent behavior, in violation of Title 36 Code of Federal Regulations §
6 2.34(a)(1). The other counts were dismissed. LEYRITZ was sentenced to 12 months of
7 unsupervised probation with the conditions that he obey all laws; pay a fine of $1000 at
8 a rate of $100 by the 15th of every month until paid in full; complete a minimum of 30
9 hours of Anger Management or counseling; and advise the Court within 7 days of being
10 cited or arrested for any alleged violation of law.

11 The government alleges LEYRITZ has violated the following condition(s) of his
12 unsupervised probation:

13 CHARGE ONE: FAILURE TO PAY FINE

14 LEYRITZ was ordered to pay a $1000 fine. As of the date of this affidavit,
15 LEYRTIZ has not paid any of the $1000 fine.

16 CHARGE TWO: FAILURE TO COMPLETE 30 HOURS OF ANGER
17 MANAGEMENT OR COUNSELING

18 LEYRITZ was ordered to complete a minimum of 30 hours of Anger Management
19 Courses or Counseling by the conclusion of probation. As of the date of this affidavit,
20 LEYRITZ has not provided proof of having completed 30 hours of anger management or
21 counseling.

6/5/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park,
California.

6/5/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California