HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAKOTA LEYRITZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00017-MJS |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE AUGUST 17, 2017 HEARING; ORDER** |
| vs. | ) ) | |
| DAKOTA LEYRITZ, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Dakota Leyritz, that the Court continue the currently set August 17, 2017 hearing in the above-captioned case to August 24, 2017.

On August 3, 2017, Mr. Leyritz pleaded guilty to criminal contempt. This Court sentenced Mr. Leyritz to 12 months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within 7 days, and that Mr. Leyritz attend mental health counseling at a rate of once per week for the duration of probation, with proof of such attendance to be submitted monthly. The Court also sentenced Mr. Leyritz to 15 days of suspended custody, with a report date of July 11, 2018, to be vacated in June 2018 if Mr. Leyritz is in full compliance with the terms and conditions of his probation. Lastly, the Court ordered that Mr. Leyritz serve 14 days of home confinement, to be completed within 60 days.

At the hearing, the Court indicated that Mr. Leyritz could satisfy the 14 days of home confinement by serving the time at his father's residence in Orange County, California, and by utilizing the services of a private electronic monitoring agency or by having a family member or third party verify and confirm his location at the residence. The Court also indicated that Mr. Leyritz may spend part of his time while on home confinement at Saddleback Church, provided that Mr. Leyritz is doing something productive for the church. Such a sentence would enable Mr. Leyritz to retain his current employment and provide him with the opportunity to continue his education in San Diego.

A status conference was set for August 17, 2017, at 11:00 a.m. to provide the parties with time to research private electronic monitoring options and to reach an agreement as to how the monitoring was to be conducted.

On August 4, 2017, defense counsel for Mr. Leyritz received two emails from Mr. Leyritz's father, who indicated that he had researched private electronic monitoring agencies in Orange County, California, and that he had called a private electronic monitoring agency to inquire as to whether either could monitor Mr. Leyritz in Orange County, California. In particular, Mr. Leyritz, Sr. indicated that he spoke to Dean Stepper at The MOST Program, located in Santa Ana, California. Mr. Stepper informed Mr. Leyritz, Sr. that he would not be able to facilitate the monitoring in this case unless Mr. Leyrtiz were to serve the 14 days of home confinement consecutively.

On August 10, 2017, defense counsel contacted three other private electronic monitoring agencies in Southern California. First, counsel telephoned Sentencing Concepts, Inc. based out of Lake Forest, California. Counsel was not able to make contact and has not received a call back. Second, counsel telephoned Diversified Monitoring Systems out of Orange County, California. Counsel spoke with a case manager at the Orange County office who informed counsel that their agency would only be able to accommodate the request if Mr. Leyritz was to serve the 14 days of home confinement consecutively. Third, counsel telephoned Corrective Solutions, also based out of Orange County. Counsel was informed by a case manager there that Corrective Solutions could only get involved if Mr. Leyritz was referred to Corrective Solutions from a county

probation office.

Later on August 10, 2017, counsel emailed Yosemite Legal Officer Susan St. Vincent, and noted the difficulty in securing a private electronic monitoring agency, but counsel further indicated that counsel would be calling an additional agency—SCRAM of California—the following day. On August 11, 2017, counsel contacted SCRAM of California's Orange County office, was not able to reach anyone, but was able to leave a message. On August 14, 2017, counsel received a call back from a SCRAM of California case manager out of Orange County named Valerie Williams, who indicated that counsel should speak to another case manager from San Diego named "Ariel," and that counsel's contact information would be passed along to Ariel. Later on August 14, 2017, counsel received a call from Ariel, a case manager out of SCRAM of California's San Diego office. Counsel described the service requested and was informed that Ariel would need to do additional research regarding whether such a request could be facilitated and what the cost of such a request would be.

On August 15, 2017, counsel received a voicemail from Ariel. Counsel returned the phone call later on August 15, 2017, and left a message. After not receiving a response, counsel called again on August 15, 2017. To date, counsel has been unable to receive any additional information regarding the electronic monitoring request with SCRAM of California. On August 15, 2017, counsel emailed Ms. St. Vincent regarding the above difficulties and inquired as to the government's position. The parties agreed that additional time to confer with SCRAM of California is warranted, and that if private electronic monitoring could not be secured, the parties could explore other monitoring options.

In light of the above, the parties request that the currently set August 17, 2017 hearing in this matter be continued to August 24, 2017, to provide counsel additional time to confer with SCRAM of California regarding the feasibility of their services for electronic monitoring in this case. The parties anticipate reaching an agreement regarding the monitoring in this case and anticipate filing a stipulation regarding such an agreement prior to August 24, 2017.

//

//

|  |  |  |
|---|---|---|
| | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| Date: August 16, 2017 | | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 16, 2017 | | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>DAKOTA LEYRITZ |

## **O R D E R**

The Court hereby grants the parties' request to continue the August 17, 2017 hearing in this matter to August 24, 2017, in case number 6:16-mj-00017-MJS.

IT IS SO ORDERED.

Dated: __August 16, 2017__              /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE