HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAKOTA LEYRITZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00017-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION RE: HOME CONFINEMENT** |
|  | ) **AND TO VACATE AUGUST 24, 2017** |
| vs. | ) **HEARING; ORDER** |
| DAKOTA LEYRITZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Dakota Leyritz, that the Court adopt the terms set forth below regarding home confinement and vacate the currently set August 24, 2017 hearing in the above-captioned case.

On August 3, 2017, Mr. Leyritz pleaded guilty to criminal contempt. This Court sentenced Mr. Leyritz to 12 months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within 7 days, and that Mr. Leyritz attend mental health counseling at a rate of once per week for the duration of probation, with proof of such attendance to be submitted monthly. The Court also sentenced Mr. Leyritz to 15 days of suspended custody, with a report date of July 11, 2018, to be vacated in June 2018 if Mr. Leyritz is in full compliance with the terms and conditions of his probation. Lastly, the Court ordered that Mr.

1 Leyritz serve 14 days of home confinement, to be completed within 60 days.

2 At the hearing, the Court indicated that Mr. Leyritz could satisfy the 14 days of home confinement by serving the time at his father's residence in Orange County, California, and by utilizing the services of a private electronic monitoring agency or by having a family member or third party verify and confirm his location at the residence. The Court also indicated that Mr. Leyritz may spend part of his time while on home confinement at Saddleback Church, provided that Mr. Leyritz is doing something productive for the church. Such a sentence would enable Mr. Leyritz to retain his current employment and provide him with the opportunity to continue his education in San Diego.

A status conference was set for August 17, 2017, at 11:00 a.m. to provide the parties with time to research private electronic monitoring options and to reach an agreement as to how the monitoring was to be conducted. On August 16, 2017, the parties filed a joint stipulation to vacate that hearing to provide defense counsel with additional time to identify a private electronic monitoring agency that would facilitate the monitoring in this case.

Defense counsel has, subsequent to the August 16, 2017 filing, been in contact with SCRAM of California. SCRAM of California has indicated that it can provide the monitoring for this case. Defense counsel has informed the government that it intends to use SCRAM of California's electronic monitoring system in this case. Mr. Leyritz is in the process of setting up the electronic monitoring with SCRAM of California.

Accordingly, the parties are in agreement that SCRAM of California perform the electronic monitoring in this case. The electronic monitoring will be conducted via a Global Positioning System ("GPS") ankle monitor that will track Mr. Leyritz's location. Mr. Leyritz will serve the entirety of the 14 day sentence at his father's residence in Orange County, California. He will remain confined to that location, except Mr. Leyritz may attend religious services or otherwise volunteer and contribute meaningfully at Saddleback Church in Orange County, California. The parties also agree that the 14 days of home confinement be completed within 60 days from the date of this filing, in order to provide Mr. Leyritz sufficient time to serve the 14 days. Proof of Mr. Leyritz's satisfaction of the 14 day home confinement sentence will be

provided to the government and the Court within 75 days of the date of this filing.

                                                                      Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 23, 2017                          */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 23, 2017                          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DAKOTA LEYRITZ

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the August 24, 2017 status conference for Dakota Leyritz, Case No. 6:16-mj-00017-MJS, is hereby vacated.

IT IS SO ORDERED.

Dated: __August 23, 2017__                       /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE