# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:16MJ00017-001** |
| **DAKOTA LEYRITZ** | Defendant's Attorney: Reed Grantham, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to contempt __One__ of the Violation.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
|  | CONTEMPT | 6/28/2017 |  |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[ ] Count(s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.        [ ] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**8/3/2017**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

8/24/2017
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of :
12 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

# CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 15 days, to surrender to the US Marshals on 7/1/2018. If Defendant is in full compliance of all conditions of probation, the Court will vacate the custody time ordered. Defendant must also report to the US Marshals office 2 weeks prior to the reporting date for processing.
5. The Defendant shall continue once per week counseling as Ordered by the court with proof to be sent to the court and his attorney every 30 days or sooner if there is as interruption.
6. The Defendant is ordered to personally appear for a Probation Review Hearing re: Monitoring on 8/24/2017 at 11:00 am before U.S. Magistrate Judge Seng in courtroom 6 Fresno CA.
7. The defendant shall be monitored for a period of 14 days of Home Detention. Defendant will be monitored with a Global Positioning System (GPS) device, which will be overseen by SCRAM of California. The 14 days of monitoring are to be completed within 60 days of 8/24/17. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring. Proof of Mr. Leyritz's satisfaction of the 14 day home confinement sentence will be provided to the government and the Court within 75 days of the date of this filing. While being monitored the defendant's movement in the community shall be restricted as follows:
   • The defendant shall be restricted the residence of his father in Orange County at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; or other court-ordered obligations.