HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAKOTA LEYRITZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00017-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND TIME PERIOD** |
| | ) **TO COMPLETE HOME CONFINEMENT;** |
| vs. | ) **ORDER** |
| DAKOTA LEYRITZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Dakota Leyritz, that the Court extend the time period in which Mr. Leyritz can serve his period of home confinement from October 23, 2017, to November 8, 2017, with proof to be submitted by November 15, 2017.

On August 3, 2017, Mr. Leyritz pleaded guilty to criminal contempt. Among other conditions, this Court sentenced Mr. Leyritz to serve 14 days of home confinement, to be completed within 60 days from August 23, 2017, and proof to be submitted 15 days thereafter. Mr. Leyritz was ordered to serve the 14 days at his father's residence in Orange County, California. The Court indicated that Mr. Leyritz could satisfy the 14 days of home confinement by serving the time at his father's residence in Orange County, California, and by utilizing the services of a private electronic monitoring agency. The Court also indicated that Mr. Leyritz may

spend part of his time while on home confinement at Saddleback Church, provided that Mr. Leyritz is doing something productive for the church. Such a sentence would enable Mr. Leyritz to retain his current employment and provide him with the opportunity to continue his education in San Diego.

Subsequently, Mr. Leyritz employed SCRAM of California—an electronic monitoring company—to monitor his home confinement sentence. To date, Mr. Leyritz has served 11 of the 14 days ordered. Part of the reason for the delay has been a new employment opportunity for Mr. Leyritz's father that has had him out of the state for much of October. Nonetheless, Mr. Leyritz anticipates completing serving the remaining 3 days of his home confinement sentence by November 8, 2017, with proof to be submitted by November 15, 2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 23, 2017       */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 23, 2017       */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DAKOTA LEYRITZ

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the time period for Defendant in *United States v. Leyritz*, Case No. 6:16-mj-00017-MJS, to complete 14 days of home confinement is extended from October 23, 2017, to November 8, 2017.

IT IS SO ORDERED.

Dated:   October 23, 2017              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE