1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DAKOTA LEYRITZ
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 6:16-mj-00017-MJS
12 |              Plaintiff,             | **MOTION TO VACATE CUSTODIAL SENTENCE AND SELF-SURRENDER DATE AND TO SET REVIEW HEARING; ORDER**
13 | vs.                                 |
14 | DAKOTA LEYRITZ,                     | Honorable Jeremy D. Peterson
   |                                     | Date: July 18, 2018
15 |              Defendant.             | Time: 10:00 a.m.

16

17         Defendant Dakota Leyrtiz hereby requests that the Court vacate the custodial sentence and

18 self-surrender date imposed by this Court on August 3, 2018 and further requests that the Court

19 set a review hearing for July 18, 2018. The government is in agreement with this request.

20         On August 3, 2017, the Court sentenced Mr. Leyritz to twelve months of unsupervised

21 probation, with the conditions that he obey all laws and advise the Court and Government Officer

22 within seven days of being cited or arrested for any alleged violation of law. The Court also ordered

23 Mr. Leyritz to serve 14 days of home detention to be monitored via private electronic monitoring

24 and to attend counseling once per week. Lastly, the Court sentenced Mr. Leyritz to serve 15 days

25 in custody and set a surrender date of July 1, 2018, but noted that if Mr. Leyritz is in compliance

26 with the terms and conditions of his probation he may petition the Court to vacate the custodial

27 sentence and self-surrender date. The Court further ordered that Mr. Leyritz report to the United

28 States Marshals Office 2 weeks prior to the July 1, 2018 surrender date for processing.

1     Mr. Leyritz has not been cited or arrested for any new law violation. Between August 25, 2017 and November 2, 2017, Mr. Leyritz served 14 days of home detention as monitored by SCRAM of California's electronic monitoring. *See* Dkt. No. 22. Proof of completion of the 14 days of home detention was filed with the Court on November 16, 2017. *Id.* Mr. Leyritz has also filed proof of his counseling attendance with this Court. *See* Dkt. Nos. 23, 24, 25, and 26.

    Accordingly, Mr. Leyritz is in compliance with the conditions of his probation, and he hereby requests that the custodial sentence and self-surrender date imposed by this Court on August 3, 2018, be vacated. Lastly, Mr. Leyritz requests that a final review hearing be set for July 18, 2018. The government is in agreement with the above requests. Mr. Leyritz remains on probation until August 3, 2018.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 14, 2018      */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: June 14, 2018      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DAKOTA LEYRITZ

**O R D E R**

The court hereby grants the parties' request to vacate the custodial sentence and self-surrender date imposed by the court on August 3, 2017. A final review hearing is hereby set for July 18, 2018.

IT IS SO ORDERED.

Dated: __July 3, 2018__              _____
                                      UNITED STATES MAGISTRATE JUDGE