Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAKOTA LEYRITZ,<br><br>Defendant. | No. 6:16-MJ-0017-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for July 18, 2018. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on August 3, 2017.

Dated: July 12, 2018                             NATIONAL PARK SERVICE

                                                           /S/ Susan St. Vincent
                                                         Susan St. Vincent
                                                         Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for July18, 2018, in the above referenced matter, *United States v. Leyritz, 6:16-mj-0017-MJS*, be vacated.

IT IS SO ORDERED.

Dated: July 14, 2018                                  /s/ Jeremy Peterson
                                                      UNITED STATES MAGISTRATE JUDGE